UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JEFF TUCKER, | ) |
| Plaintiff, | ) |
| | ) No. 2:13-cv-0049 |
| v. | ) |
| | ) Judge Sharp |
| CITY OF COOKEVILLE, *et al.*, | ) Magistrate Judge Griffin |
| Defendants. | ) |

# ORDER

In this case brought by an inmate of the Charles Bass Correctional Complex, Magistrate Judge Griffin entered a Report and Recommendation ("R & R") (Docket Entry No. 43), recommending that Defendants' *Motion for Summary Judgment* (Docket Entry No. 37) be granted and the case be dismissed with prejudice. No response in opposition was filed to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R of the Magistrate Judge.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 43) is hereby ACCEPTED and APPROVED;

(2) Defendants' *Motion for Summary Judgment* (Docket Entry No. 37) is hereby GRANTED; and

1

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE